RECEIVED
NOV - 6 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| GLENN GERARD BROWN | § | CIVIL ACTION NO.: 6:07-CV-1230 |
|---|---|---|
| | § | |
| VS. | § | JUDGE: TUCKER L. MELANCON |
| | § | |
| OCEAN MARINE CONTRACTORS, | § | |
| INC., GARY MARCEAUX, | § | |
| MANSON GULF, L.L.C., and | § | |
| MERIT ENERGY COMPANY | § | MAGISTRATE JUDGE HILL |

*************************************************************

## ORDER

Considering the foregoing motion,

IT IS HEREBY ORDERED that Glenn Brown's Motion for Extension of Time is hereby GRANTED, and Glenn Brown is granted an extension of ten (10) days through and including November 24, 2008, in which to file its memoranda in opposition to: a) Ocean Marine Contractors, Inc. and Gary Marceaux's Motion in Limine to Exclude the Testimony of Plaintiff's Liability Expert, James Headley (Rec. Doc. No. 65); and b) Manson Gulf, L.L.C.'s Motion in Limine (Rec. Doc. No. 66).

Lafayette, Louisiana, this 6th day of November, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE